IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRIS G. NICHOLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-068 |
| | ) | |
| CONTINENTAL CASUALTY COMPANY, incorrectly sued as "CNA Long Term Care Insurance," | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On May 29, 2024, the Court ordered Defendant to provide sufficient evidence that the jurisdictional amount is in controversy. (See doc. no. 6.) On June 11, 2024, Defendant responded by submitting an itemization of Plaintiff's claimed entitlements under the insurance policy issued by Defendant. (See doc. nos. 7-8.) The "evidence combined with reasonable deductions, reasonable inferences, [and] other reasonable extrapolations" demonstrates that the jurisdictional amount is in controversy. Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010). Thus, the Court finds that it has subject matter jurisdiction over the case at this time, and the case shall proceed.

SO ORDERED this 18th day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA